IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BILL O'BRIEN and DAN MALDONADO, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN AG; and ROBERT BOSHCH GMBH,<br><br>                      Defendants. | Civil Action No. 1:15-cv-1408 |

## ORDER

The Court finds this case shares common questions of fact and related issues of law with the Volkswagen "Clean Diesel" Cases, which this Court consolidated into case number 1:15-cv-1218. The Court finds that adding this case to the previously consolidated cases would be in the interest of justice and judicial economy. It is therefore ORDERED that this case—case no. 1:15-cv-1398—shall be consolidated with case no. 1:15-cv-1218 for all pre-trial purposes.

It is further ORDERED that all pleadings, motions and other documents hereafter filed by any of the parties in connection with this case shall bear the caption, "In re: Volkswagen 'Clean Diesel' Cases," and shall bear the consolidated case number (i.e. 1:15-cv-1218), and all pleadings, motions and other documents shall be filed by the parties and Clerk of the Court under this case number only.

November 3, 2015
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge